# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL R. WENTWORTH,** | ) NO. SA CV 16-00744-VBF (KS) |
| Petitioner, | ) |
| v. | ) **FINAL JUDGMENT** |
| | ) |
| **R. MADDEN (Warden),** | ) |
| Respondent. | ) |

Pursuant to the Court's Order Denying the Habeas Corpus Petition and Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of the respondent and against petitioner Michael Richard Wentworth.**

Dated: November 13, 2017

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE